# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES BOWLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-726-SLP |
| | ) |
| TURN KEY HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Order entered on October 10, 2019, *sua sponte* granting Plaintiff an extension of time until October 31, 2019 within which to pay his initial partial filing fee as previously ordered by the Court on August 13, 2019. *See* Order [Doc. No. 5]. On October 25, 2019, Plaintiff paid his initial partial filing fee of $10.00. Therefore, the undersigned declines to adopt the Report and Recommendation [Doc. No. 8] and re-refers this matter to United States Magistrate Judge Shon T. Erwin for additional proceedings in accordance with the original Order of Referral entered herein on August 9, 2019 [Doc. No. 4].

IT IS SO ORDERED this 25th day of October, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE