

Exhibit 15 – LCDC Policy No. 2-04, Medical Services/Medication Policy

**(filed under seal pending Court's approval)**