IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES R. BOWLDS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     Case No. CIV-19-726-SLP |
| | ) |
| TURN KEY HEALTH, et al., | ) |
| | ) |
|    Defendants. | ) |

## REPORT AND RECOMMENDATION

On August 3, 2020, Plaintiff filed a "Renewed Motion for Preliminary Injunction." (ECF No. 55). The Court should deny the Motion as moot. In the Motion, Plaintiff seeks preliminary injunctive relief in the form of: (1) "medical records … confirm[ing] the Plaintiff's Numerous request[s] for Medical/Dental treatment [and] the results of the Medical Providers examinations;" and (2) treatment from a dentist. (ECF No. 55:16).

Regarding the "medical records," Mr. Bowlds has referenced:

1. A January 1, 2020 record from the provider;

2. A January 9, 2020 "Emergency Medical Request" to see a dentist; and

3. A January 11, 2020 note from "Nurse Pashen" who recommended Plaintiff see the health care provider.

(ECF No. 55:7). These records were produced in the Sealed Exhibits to the Special Report, found at ECF No. 61, which were sent to Mr. Bowlds on August 5, 2020. *See* ECF Nos. 61:2; 61-8:43, 43. And in another pleading, ECF No. 69, Mr. Bowlds confirms that the "provider" approved a dental visit, and on August 28, 2020, he saw a dentist at "Proud Dental" in Guthrie, Oklahoma, who treated two of his teeth. (ECF No. 69:4-5, 7-8).

"The hallmark of a moot case or controversy is that the relief sought can no longer be given or is no longer needed." *Unified Sch. Dist. No. 259 v. Disability Rights Ctr. of Kan.,* 491 F.3d 1143, 1150 (10th Cir. 2007). Here, Plaintiff's request for medical records and a dental visit have been rendered moot due to the fact that the records have been produced and Mr. Bowlds has been treated by a dentist.

## RECOMMENDATION AND NOTICE OF RIGHT TO OBJECT

The Court should **DENY** Plaintiff's "Renewed Motion for Preliminary Injunction" **(ECF No. 55)** as moot.

The parties are hereby advised of their right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objection must be filed with the Clerk of the District Court by **October 9, 2019**. *See* 28 U.S.C. § 636(b)(1); and Fed. R. Civ. P. 72(b)(2). Failure to make timely objection to this Report and Recommendation waives the right to appellate review of both factual and legal questions contained herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

## STATUS OF THE REFERRAL

This Report and Recommendation does not terminate the referral.

ENTERED on September 22, 2020.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE