# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES BOWLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-726-SLP |
| | ) | |
| TURN KEY HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court are the following Motions filed by Plaintiff: (1) Motion for Extension of Time to Comply with the Requirements of LCvR 16.2 [Doc. No. 106]; (2) Plaintiffs' Second Motion for Extension of Time to File Joint Status Report and Discovery Plan [Doc. No. 108]; and (3) Motion to Show Cause [Doc. No. 109]. Based on subsequent case developments, including a Settlement Conference scheduled for June 7, 2022, *see* Order [Doc. No. 122], Plaintiff's Motions are DENIED as MOOT and/or without prejudice to refiling, if necessary, subsequent to the conclusion of the settlement conference.

IT IS SO ORDERED this 16th day of May, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE