IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES R. BOWLDS, </br></br> Plaintiff, </br></br> v. </br></br> (1) TURN KEY HEALTH; </br> (2) DAMON DEVEREAUX; </br> (3) RANDY LESTER; and </br> (4) ANDREW LINDSEY, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No. CIV-19-726-SLP </br> ) </br> ) **FILED** </br> ) </br> ) JUN 21 2022 </br> ) </br> ) CARMELITA REEDER SHINN, CLERK </br> ) U.S. DIST. COURT. WESTERN DIST. OKLA. </br> ) BY_____,DEPUTY |

### PLAINTIFF'S UNOPPOSED STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Charles R. Bowlds, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and voluntarily dismisses this action against all Defendants.

Respectfully submitted,

*/s/ Charles R. Bowlds*

Charles Bowlds
HELENA-JCCC
216 N. Murray St. 4E
Helena, OK 73741-9606
*Pro Se Plaintiff*

1

*/s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy, OBA No. 31210
SWEET LAW FIRM
24 West Park Place
Oklahoma City, OK 73103
Office: (405) 601-9400
Fax: (405) 601-9444
E-mail: allie@sweetlawfirm.com

*Attorney for Defendant Turn Key Health Clinics, LLC*

*/s/ W.R. Moon Jr.*
Wellon B. Poe, OBA No. 12440
W.R. Moon Jr., OBA No. 32079
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail:  wbp@czwlaw.com
         wrm@czwlaw.com

*Attorneys for Defendants Devereaux, Lester, and Lindsey*

2